UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUANA ARTEAGA,

        Plaintiff,

vs.

DRUG ENFORCEMENT AGENCY,

        Defendants.

NO. C12-651RSL

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on April 16, 2012. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given plaintiff notice of this deficiency on February 11, 2013, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 28th day of February, 2013.

        */s/ Robert S. Lasnik*
        Robert S. Lasnik
        United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT